IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Arthur Burnham ~~███~~ , Plaintiff

v. _____

Colorado Department of Corections ~~███~~ ,

~~[redacted]~~ ,

~~[redacted]~~ , Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.* Arthur Birnham
████████████████████████, P.O. Box: ████████ 600 ████████ Canon City
(Name, prisoner identification number, and complete mailing address)

Colorado  81215-0600, CDOC Registration # ~~197070~~ 194679
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
_✓_  Convicted and sentenced state prisoner
___  Convicted and sentenced federal prisoner
___  Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ████████████████████████████████
(Name, job title, and complete mailing address)
Colorado Department of Corrections

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:
████████████████████████████

Defendant 1 is being sued in his/her _✓_ individual and/or ___ official capacity.

Defendant 2 ~~[redacted]~~ Box 604
(Name, job title, and complete mailing address)
Centennial Correction Fac. Cañon City Co 81212

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one).  Briefly explain:

He was on duty in his capacity as a State Corrections Officer

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Nurse Practitioner Villani Box 600
(Name, job title, and complete mailing address)
Evans Rd Cañon City Co 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one).  Briefly explain:

Nurse at Centennial Correctional Facility

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓  Other: (please identify) 42 USC § 12132; § 12203

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Failure to accommodate resulted in denial

Supporting facts: access to program for residents of treatment

Additional Paper is attached

Claim Two: Unconstitutional abuse of a Montez case class member in violation of the Colorado ADA Litigation Remedial Plan.

~~Supporting facts:~~

Claim Three: Retaliation in violation of Anti-retaliation Provisions of the ADA.

Additional Paper is attached

4

D. Statement of Claims

CLAIM ONE: NP Villani stopped or has delayed Plaintiff's colon exam (scope) but-for-cause Plaintiff is to be released in 5 months constitutes the unnecessary and wanton infliction of pain in violation of the Eighth Amendment.

Supporting facts:

1. In September of 2022 Plaintiff began to file medical kites for servere pain in the large intestine from the cecum to the rectum (colon).

2. Department of Corrections Medical never responded.

3. In November Mental Health noticed the Plaintiff's suffering in groups and demanded Plaintiff be seen by Medical.

4. IN November 2022 Plaintiff was seen by Nurse Practitioner Villani.

D. Statement of Claims

5. Nurse Villani was concerned about the location and serverity of pain.

6. Villani stated she would schedule a Colon Scope exam stating it would take a month to get approved by D.O.C.

7. Villani also stated she would order a quick Xray at Facility noting that it would only reveal a large tumor and an MRI or CT Scan was needed.

8. She also ordered Blood work again noting Cancer of Colon revealed by bloodwork would be far to progressed.

9. Xray at Facility took place next day.

10. Durring Month of December Colon Pain became extreme.

11. All Medical kites were ignored.

12. Plaintiff determined to beat illness attempted Physical workouts to strengthing body.

13. It made Pain Extreme.

D. Statement of Claims

14. On or about December 29 2022 Plaintiff Provided Medical kite to Nurse Chad at Medline Building B-1.

15. Nurse Chad was told by kite and in Person that Colon Pain was intense and breathing was now difficult.

16. Nurse Chad stated he Scheduled Plaintiff for appointment with Provider first week of Jan. 2023.

17. On January 04 Nurse Chad told Plaintiff because he was being released in a few months D.O.C will likely just delay until release, and not Provide outside medical care.

18. On Sat. Jan. 07 Plaintiff Provided another Medical kite to Nurse Chad explaining body was failing and Pain was Servere to include Putrefaction of the intestine.

19. Nurse Chad stated he Scheduled an Appointment with Medical Provider On Monday Jan 08 2023.

20. Plaintiff was never Called to Medical.

D Statement of Claims

Claims for Relief.

## OBJECTIVE COMPONENT

Possibility of Colon Cancer and Putrefacation of the intestine is a Serious Medical need. In Combination with 4 months of Suffering would implicate rights under Estelle v Gamble 97 S. Ct. 285 (1976). U.S. CONST Amedt 8.

### INTERFERENCE WITH MEDICAL JUDGMENT BY FACTORS UNRELATED TO MEDICAL NEEDS

"Playing Games" with medical appointments and Purposely delaying treatment on Possible Colon Cancer because Plaintiff is being released in a few months, supports deliberate indifference for Eighth Amendmet Purposes. West v Atkins 487 U.S. 42, 56 n.15 108 S-Ct. 2250 (1988)

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Burnham v. United States

Docket number and court: 1:22 cv 02719

Claims raised: ADA § 12203

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) on Appeal

Reasons for dismissal, if dismissed: Interference with Prosecution

Result on appeal, if appealed: Pending

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Additional Paper attached

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Arthur Buhi_____
(Plaintiff's signature)

_January 2022 · 01/08/2023_
_October 27, 2022_
(Date)

(Revised February 2022)

6

## G. Request for Relief

WHEREFORE, Plaintiff requests that the Court Grant the following relief:

A. Issue injunction ordering defendants or their agents to:

    1. Immediately arrange for the Plaintiff's need for Colon exam.